

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-12-00359-CV |
| IN THE MATTER OF THE ESTATE | § | |
| | | Appeal from |
| OF NOEMI RUTH SIDRANSKY, A/K/A | § | |
| | | Probate Court No. 2 |
| NOEMI WIENER SIDRANSKY | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2007-P00977) |
| | § | |

## **MEMORANDUM OPINION**

Raquel Frank, Appellant, has filed a motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee does not oppose the motion. We therefore grant the motion and dismiss the appeal. Costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


March 28, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.